FILED

07/08/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0168

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0168

_____

IN RE THE PARENTING OF
A.J.B., a minor child,

KATIE MARIE THORNTON,

       Petitioner and Appellee,

   and

GREGORY STEVEN BALLARD,

       Respondent and Appellant.

O R D E R

_____

On June 21, 2021, counsel for Appellant filed a motion for an extension of time within which to file his opening brief.  The Court was not aware this motion had been filed until July 8, 2021.

IT IS HEREBY ORDERED that motion is for extension of time is GRANTED. Appellant's opening brief shall be filed on or before July 28, 2021.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 8 2021